UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA CARMONA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TREASURY )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0261 (JR) |

**MOTION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant hereby moves for a 14-day extension to respond to Plaintiff's Complaint, i.e., until May 9, 2008. Good cause exists for the Court to grant this modest extension. In support of this motion, Defendant states as follows:

1. In the Complaint, Ms. Carmona alleges that the Department of Treasury discriminated against her in violation of Title VII of the 1964 Civil Rights Act and the Age Discrimination in Employment Act.

2. Defendant's response to Plaintiff's Complaint is currently due on April 25, 2008.

3. Defendant has been diligently reviewing the allegations in the Complaint. However, Defendant needs additional time to prepare its response.

4. Accordingly, Defendant respectfully requests that the Court grant it an additional two weeks to respond to the Complaint.

5. Counsel for Defendant called Ms. Carmona, who is proceeding *pro se*, to seek her consent to this motion, but was unable to reach her.

6. This is Defendant's first request for an extension.

A proposed order is submitted herewith.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR , D.C. Bar # 498610
                                        United States Attorney

                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        /s/ Harry B. Roback
                                        HARRY B. ROBACK, D.C. Bar # 485145
                                        Assistant United States Attorney
                                        United States Attorneys Office
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA CARMONA,**   )<br>   )<br>   **Plaintiff,**   )<br>   )<br>   v.   )<br>   )<br>**UNITED STATES DEPARTMENT OF**   )<br>**TREASURY**   )<br>   )<br>   **Defendant.**   )<br>   ) | Civil Action No. 08-0261 (JR) |

**PROPOSED ORDER**

Upon consideration of Defendant's motion to extend time to respond to Plaintiff's Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiff's Complaint by May 9, 2008.

SO ORDERED.

Date:_____                    _____
                                                                         United States District Judge