**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARIA V. CARMONA,                       :
                                        :
      Plaintiff,                      :
                                        :
  v.                                    : Civil Action No. 08-0261 (JR)
                                        :
HENRY M. PAULSON, JR., Secretary        :
of the Treasury,                        :
                                        :
      Defendant.                      :

### ORDER

Plaintiff failed to appear at the initial scheduling conference on May 22, 2008. She is **ORDERED** to show cause no later than June 6, 2008, why her complaint should not be dismissed for want of prosecution.

                                            JAMES ROBERTSON
                                 United States District Judge