**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
MARIA V. CARMONA,              :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civil Action No. 08-0261 (JR)
                               :
HENRY M. PAULSON, JR., Secretary :
of the Treasury,               :
                               :
        Defendant.             :
```

## ORDER

Plaintiff having failed to appear for a scheduled conference on 5/22/08, and having failed to respond to this Court's order to show cause filed on 5/23/08, it is **ORDERED** that her complaint is **dismissed without prejudice** for want of prosecution.

```
                            JAMES ROBERTSON
                       United States District Judge
```