**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maria Carmona
8306 Haven Hill Ct
Laurel, MD ▮▮▮▮▮

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                         ☐ Agent
                                          ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C O D

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0000 7772 4084

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

7002 0860 0000 7772 4084

CERTIFIED MAIL

Maria Carmona
8306 Haven Hill Court
Laurel, MD

N/L 5-29-08

6/25
6/30

JUL - 7 2008
Received Mail Room
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

UNCLAIMED

02 1A
0004634648
MAY 28 2008
MAILED FROM ZIP CODE 20001
$05.90
PITNEY BOWES



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>05/23/2008 12:41 PM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:08-cv-00261-JR CARMONA v. PAULSON Order to Show Cause |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 5/23/2008 at 12:41 PM and filed on 5/23/2008
**Case Name:**            CARMONA v. PAULSON
**Case Number:**          1:08-cv-261
**Filer:**
**Document Number:**      6

Docket Text:
**ORDER TO SHOW CAUSE for plaintiff to show cause no later than June 6, 2008. Signed by Judge James Robertson on May 23, 2008. (MT)**

**1:08-cv-261 Notice has been electronically mailed to:**

Harry B. Roback   harry.roback@usdoj.gov, tammatha.l.dawkins@usdoj.gov

**1:08-cv-261 Notice will be delivered by other means to::**

MARIA V. CARMONA
8306 Haven Hill Court
Laurel, MD 20723

The following document(s) are associated with this transaction:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA,                   :
                                    :
         Plaintiff,                 :
                                    :
     v.                             : Civil Action No. 08-0261 (JR)
                                    :
HENRY M. PAULSON, JR., Secretary    :
of the Treasury,                    :
                                    :
         Defendant.                 :

### ORDER

Plaintiff failed to appear at the initial scheduling conference on May 22, 2008. She is **ORDERED** to show cause no later than June 6, 2008, why her complaint should not be dismissed for want of prosecution.


                              JAMES ROBERTSON
                           United States District Judge